FILED ___ ENTERED
___ LODGED ___ RECEIVED

JAN 23 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TONY PENWELL,

    Plaintiff,

v.

BRIDGET O'DONNELL, et al.,

    Defendants.

Case No. C08-1697-JLR-BAT

ORDER DISMISSING § 1983 ACTION

The Court, having reviewed the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The complaint and this action are DISMISSED without prejudice for failure to state a claim on which relief can be granted.

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 23rd day of January, 2009.

JAMES L. ROBART
United States District Judge

08-CV-01697-ORD

ORDER DISMISSING § 1983 ACTION – 1